**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ANDERSEN WINDOWS, INC., Civil No. 00-2357 (DWF/AJB)

Plaintiff,

v. **ORDER OF DISMISSAL**

BID MASTER, INC.,

Defendant.

---

Jacob M. Holdreith, Esq., and Bridget A. Sullivan, Esq., Oppenheimer, Wolff & Donnelly, 3400 Plaza VII Building, 45 South Seventh Street, Minneapolis, MN 55402, counsel for Plaintiff.

---

Plaintiff has failed to respond to this Court's Order, dated April 14, 2001, requesting that an Answer be filed. Therefore,

**IT IS ORDERED** that this action is hereby dismissed for lack of prosecution.

Dated: May 15, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed MAY 15 2001
Francis E. Dosal, Clerk
Judgment Entered MAY 15 2001
Deputy Clerk's Initials ____________